United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　　Plaintiff,<br>　　v.<br>ROSENDO CHAVEZ, et al.,<br>　　　　　Defendants. | Case No.18-cv-06795-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT DISMISSED** |

Plaintiff Scott Johnson filed the present action on November 8, 2018. Dkt. No. 1. Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was February 21, 2019 and Mr. Johnson's last day to file a notice of need for mediation was April 4, 2019. Dkt. No. 5. Mr. Johnson did not file a notice of need for mediation, nor did he seek relief from the April 4 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **April 9, 2019** and to appear before the Court on **April 16, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 5, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge